THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
   *v.* ROBERT D. PAYNE et al., Defendants.

In the Matter of the Application of JOHN W. CARPENTER,
   Appellant, for an Order Canceling and Discharging of
   Record a Judgment Entered in the Above Action.

*People* v. *Payne*, 164 App. Div. 959, appeal dismissed.
(Argued January 4, 1915; decided January 12, 1915.)

MOTION to dismiss an appeal from an order of the
Appellate Division of Supreme Court in the second judi-
cial department, entered October 16, 1914, which affirmed
an order of the Kings County Court denying a motion to
vacate a judgment theretofore entered upon forfeiture of
a bail bond.

The motion was made upon the ground of failure to
prosecute the appeal.

*Ralph E. Hemstreet* for motion.

No one opposed.

Motion granted and appeal dismissed.